# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. George Hartford Lewis            Docket No. 5:09-CR-190-1BO

### Petition for Action on Supervised Release

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of George Hartford Lewis, who, upon an earlier plea of guilty to Unlicensed Dealer Selling Firearms to a Person Not Residing in the Same State, in violation of 18 U.S.C. §§ 922(a)(5) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 19, 2011, to the custody of the Bureau of Prisons for a term of 5 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 150 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall abide by all conditions and terms of the home confinement program for a period not to exceed 5 months. At the direction of the probation office the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation office. The defendant shall pay for electronic monitoring services as directed by the probation officer.

George Hartford Lewis was released from custody on July 1, 2011, at which time the term of supervised release commenced. Approximately two weeks later on July 13, 2011, Mr. Lewis was taken into custody by the U.S. Marshals on a warrant from the Virgin Islands for homicide. This offense occurred in 1999 prior to Mr. Lewis' federal sentence. He remained in custody until May 2014, at which time the charges were dropped and he was released from custody. His supervision is now scheduled to expire in approximately two weeks on the original expiration date of June 30, 2014. Based on the fact that Mr. Lewis was confined on a charge that was ultimately dismissed, he was not in a position to complete the community service or electronic monitoring. The three year term of supervised release was the maximum for his original charge so an extension of supervision is not available.

George Hartford Lewis
Docket No. 5:09-CR-190-1
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is recommended that the special conditions of supervision requiring a 5 month period of electronic monitoring and 150 hours of community service be stricken and the case be allowed to expire as originally scheduled.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The special condition that the defendant shall perform 150 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee is hereby stricken.

2. The special condition that the defendant shall abide by all conditions and terms of the home confinement program for a period not to exceed 5 months is hereby stricken.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
Robert K. Britt
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: June 11, 2014

**ORDER OF COURT**

Considered and ordered this 13 day of June, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge